UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| KEITH TAPPER, on behalf of himself and all others similarly situated, | : |
| | :    11 Civ. 1508 (PGG) |
| Plaintiff, | : |
| -against- | : |
| VERA WANG BRIDAL HOUSE, LTD. and VERA WANG, | : |
| Defendants. | : |

-----------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Keith Tapper, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby gives notice of his voluntary dismissal with prejudice of this action, and all claims alleged therein, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  April 6, 2011

                                      **FITAPELLI & SCHAFFER, LTD.**

                                      By: _/s/ Brian Schaffer_
                                      Brian S. Schaffer
                                      475 Park Avenue South, 12th Floor
                                      New York, NY  10016
                                      (212) 300-0375

                                      Attorneys for Plaintiff